IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RANDALL CHANDLER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.: 1:13-cv-1379-WMN |
| ) | |
| FRONTLINE ASSET STRATEGIES, LLC, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: February 26, 2014

BY: /s/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff



APPROVED THIS 26th DAY OF February, 2014

SENIOR UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that on this 26th day of February, a true and correct copy of the foregoing pleading served via mail to the below:

Lauen Savage
Frontline Asset Strategies
1935 W. County Rd. B2
Suite 425
Roseville, MN 55113
lsavage@frontlineas.com

/s/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C
Bar ID No. 29950
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff